**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORSTEINER, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BCS AEROWERKS (an unknown entity operating from Los Angeles and/or Orange County, California); EDDIE MAESTRO (an individual); BRAYTON MITCHELL (an individual); and DOES 1-10,<br><br>    Defendants. | Case No. 8:24-cv-00541-FWS-ADS<br><br>**ORDER RE STIPULATION FOR PERMANENT INJUNCTION [45]**<br><br>Complaint Filed:  March 13, 2024<br>Trial Date:        None |

## **ORDER**

Having reviewed and considered the Stipulation for Permanent Injunction [45] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

///

1. Defendant Eddie Maestro and Defendant Brayton Mitchell (collectively, "Defendants") and all persons acting for, with, by, through, or under them, and any others within their control or supervision, and all others in active concert or participation with them, are hereby restrained and enjoined from:

    a. Making, selling, or offering for sale any automobile component bearing the V-STYLE Mark, or any trademark, name, logo, or marking that is confusingly similar to the V-STYLE Mark; and

    b. Using any false designation of origin or false trade description, which can or is likely to lead consumers to erroneously believe that any product, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Vorsteiner, when such is not true in fact.

2. The court **RETAINS** jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the Parties' Settlement Agreement and this Injunction.

**IT IS SO ORDERED**.

Dated:  August 12, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE